**JS-6**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Healthcare Ally Management of California, LLC | Case No.: 2:22-cv-05098-AB-MRW |
| Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| Space Exploration Technologies Corp. and DOES 1-10, | |
| Defendants. | |

Based on the Stipulation of Defendant Space Exploration Technologies Corp., and Plaintiff Healthcare Ally Management of California, LLC, the Court **ORDERS**:

1.    This action is **<u>DISMISSED</u>** in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2.    Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: September 25, 2024          By: _____

Hon. André Birotte Jr.

134213157v1